

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 23, 2023

**VIA E-MAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Ian Mitchell*, **23 Cr. 147 (__)**

Dear Judge McCarthy:

    Defendant Ian Mitchell was arrested and taken into custody yesterday, March 22, 2023. Accordingly, the Government respectfully moves to unseal the indictment and arrest warrant in this matter because sealing is no longer warranted.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                          By:    /s/ Qais Ghafary
                                 Qais Ghafary
                                 Assistant United States Attorney
                                 Tel: (914) 993-1930

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy
        3-23-2023