UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                  Plaintiff,                  **ORDER OF REMAND**

        -against-                                                  23 CR 147

IAN MITCHELL,

                                  Defendant.
-----------------------------------------------------------------X

        Following Defendant Ian Mitchell's initial appearance and arraignment before the undersigned on March 24, 2023, it is

        ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

Dated: March 24, 2023
           White Plains, New York

                                                            **SO ORDERED:**

                                                            _____
                                                             JUDITH C. McCARTHY
                                                             United States Magistrate Judge